**BURROUGHS ADDING MACHINE COMPANY, HARTFORD ACCI- DENT AND INDEMNITY COMPANY, and FLORIDA IN- DUSTRIAL COMMISSION v. MARIE T. LEDLOW and WILLIAM HENRY LEDLOW, JR.**

31 So. (2nd) 752                                                         June Term, 1947
July 29, 1947                                                                    En Banc

Affirmed.

**THEODORE H. S. MILLER and BETHEL MILLER, his wife, and MICHAEL PERADINOVICH y. HAZEL G. SWARTWOUT.**

31 So. (2nd) 752                                                         June Term, 1947
August 1, 1947                                                      Special Division A

Affirmed

**CLYDE W. BROWN, individually and as Administrator of the Estate of Jennie Ullendorff Gossett Brown, deceased, v. EUGENE ULLEN- DORFF and ANNETTE ULLENDORFF WINNARD.**

32 So. (2nd) 168                                                         June Term, 1947
August 1, 1947                                                      Special Division A
Rehearing denied October 17, 1947

Affirmed.

**STATE OF FLORIDA ex rel. H. E. HART v. HARRY MC CRAY**

31 So. (2nd) 928                                                         June Term, 1947
September 9, 1947                                                            Division B

Affirmed.

**WADE HOLLAND v. MABEL HOLLAND**

31 So. (2nd) 728                                                         June Term, 1947
September 9, 1947                                                            Division A

Affirmed.

**PERCY J. GODING v. CITY OF MIAMI FLORIDA, a municipal corpo- ration.**

31 So. (2nd) 728                                                         June Term, 1947
September 9, 1947                                                            Division A

Affirmed.

**PAULINE DELANO v. LOTTIE MAY SEAY**

32 So. (2nd) 168                                                         June Term, 1947
September 12, 1947                                                           Division A
Rehearing denied October 2, 1947

Affirmed.